IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JENNIFER SCHULTZ, | * |
| Plaintiff, | * |
| v. | *   Case No.: 1:19-cv-01268-JMC |
| ROME TECHNOLOGIES, INC., *et al.*, | * |
| Defendants. | * |

### ORDER APPROVING SETTLEMENT AND DISMISSAL OF THE ACTION

UPON CONSIDERATION of the Joint Motion to Approve Settlement and to Dismiss Action (ECF No. 21) and the affidavit provided in support thereof (ECF No. 23), and the entire record herein and this Honorable Court having found that the settlement fairly resolves bona fide disputes and having found that the parties, with the opinions of their respective counsel, have considered the complexity, expense, and probability of success and recovery, it is, this 5 day of December, 2019,

ORDERED, that the Joint Motion to Approve Settlement and to Dismiss Action is GRANTED; and it is further,

ORDERED, this action shall be dismissed with prejudice.

Date: 12/5/19

_____
J. Mark Coulson
United States Magistrate Judge